IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIA HUNTER-McGINNIS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:08-0650 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| RONAL SERPAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, Defendants' motion for summary judgment (Docket Entry No. 98) is **GRANTED**. Plaintiff's federal claims are **DISMISSED with prejudice**. Plaintiff's claims under the Tennessee Governmental Tort Liability Act are **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 23rd day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge

1