UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Julia Hunter-McGinnis, | ) | |
| | ) | Case No. 3:08cv0650 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| Ronal Serpas, et al., | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on May 24, 2011.

KEITH THROCKMORTON, CLERK

s/Dalaina Thompson, Deputy Clerk